UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                                             Case No. 06-20663

D-10, DEXTER HUSSEY,                                 HONORABLE AVERN COHN

   Defendant .
_____/

### ORDER DENYING MOTION FOR INTERIM ATTORNEY FEES

Karen J. Davis Roberts, former attorney for Defendant Dexter Hussey has filed a Motion For Interim Fees. The Criminal Justice Act does not authorize payment of interim fees in the circumstances of Ms. Roberts' representation of Mr. Hussey.

The motion is DENIED.


Dated:  April 3, 2009                     s/Avern Cohn
                                                        AVERN COHN
                                                        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 3, 2009, by electronic and/or ordinary mail.


                                                                 s/Julie Owens
                                                           Case Manager, (313) 234-5160