UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                             CRIMINAL NO. 06-20663

v.                                        HONORABLE AVERN COHN

D-10, DEXTER HUSSEY,

    Defendant.
_____/

## ORDER CANCELLING BOND

On April 14, 2009 the Court held a bond review hearing in this matter. Counsel for the defendant was present but the defendant did not appear. Therefore,

**IT IS HEREBY ORDERED** that the bond is **CANCELLED**.

**IT IS FURTHER ORDERED** that the government shall prepare a warrant.

**SO ORDERED**.


Dated: April 14, 2009                        s/ Avern Cohn
                                                  AVERN COHN
                                                  UNITED STATES DISTRICT JUDGE