UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. 06-20663-10

v.        HONORABLE AVERN COHN

D-10, DEXTER HUSSEY,

        Defendant.
_____/

**ORDER REVOKING BOND AND FOR A PSYCHOLOGICAL EVALUATION**

On April 23, 2009, the defendant appeared for a Pretrial Release Violation hearing at which his bond was revoked. The Court also determined that the defendant should undergo a psychological evaluation. Therefore,

IT IS HEREBY ORDERED that the defendant's bond is REVOKED.

IT IS FURTHER ORDERED that the defendant undergo a psychological examination to be conducted locally.

IT IS FURTHER ORDERED that the attorneys must mutually agree on a psychologist. If mutual agreement cannot be reached, the Court will make the decision.

SO ORDERED.


Dated:  April 23, 2009        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 23, 2009, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160