UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-10, DEXTER HUSSEY,

        Defendant.
                                   /

CRIMINAL NO. 06-20663

DISTRICT JUDGE AVERN COHN

### ORDER COMMITTING DEFENDANT DEXTER HUSSEY TO UNITED STATES BUREAU OF PRISONS FOR MENTAL EXAMINATION AND REPORT

The Court has a concern as to the competency of the defendant to stand trial and if competent, his ability to represent himself. Accordingly,

IT IS ORDERED that the defendant, Dexter Hussey, be committed to an appropriate facility designated by the United States Bureau of Prisons for a period not to exceed thirty (30) days from the date of his arrival, pursuant to 18 U.S.C. § 472(b), in order to determine whether the defendant currently is suffering from a mental disease or defect rendering him mentally incompetent to stand trial pursuant to 18 U.S.C. § 4241 and if competent, his competency to represent himself.

A report shall be prepared pursuant to 18 U.S.C. § 4247(c) and shall be sent to the Honorable Avern Cohn, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd, Room 219, Detroit, MI 48226, Phone Number (313) 234-5160. The Court will then provide copies to defendant as well as counsel for the defendant and counsel for the government, pursuant to this provision. Further, as part of this Order, the United States Marshal and the

Bureau of Prisons are directed to conduct the transportation and the evaluation of the defendant in an appropriate and expeditious manner.

Pursuant to the Speedy Trial Act provisions of 18 U.S.C. § 3161(h)(1)(A), the time required for trial of the defendant shall be tolled from the date of this order until the results of said psychological examination are received by the Court, such period being delay contemplated by 18 U.S.C. § 3161(h)(1)(A).

IT IS FURTHER ORDERED that the Clerk deliver a certified copy of this Commitment Order to the United States Marshal and the local representative of the Bureau of Prisons.

IT IS FURTHER ORDERED that part of the Order Revoking Bond and for a Psychological Evaluation entered April 23, 2009 (D/E 481) relating to the psychological evaluation is VACATED.


Dated:  April 24, 2009            s/Avern Cohn
                                  AVERN COHN
                                  UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record, U.S. Marshal on this date, April 24, 2009, by electronic and/or ordinary mail.

                                   s/Julie Owens
                                  Case Manager, (313) 234-5160