UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,               Case No. 06-20663

v                                  HONORABLE AVERN COHN
                                  UNITED STATES DISTRICT JUDGE

D-10, DEXTER HUSSEY,

               Defendant.

_____/

**ORDER DENYING MOTIONS**

      This is a criminal case.  Defendant appearing pro-se has filed the following motions styled:

                        "Motion to Dismiss for Lack of Territorial Jurisdiction
                        Title 18 U.S.C. § 7; Title 40 U.S.C. § 255",

                        "Objection for Lack of Ratification of Commencement
                        FRCP 17 (a) Real Parties in Interest",

                        "Motion to Dismiss for Failure to Comply with a Court Order
                        F.R. Civ. P.  41(b); Title 28A, Rule 26 subdivision (b);
                        F.R. Civ. P. 37(b)(2)(A)(v); F.R. Civ. P. 37(b)(2)(A)(vi)".

      The motions have no merit. Therefore the motions are DENIED.

      SO ORDERED.

Dated: October 30, 2009               s/ Avern Cohn_____
                                    U.S. District Court Judge

I hereby certify that a copy of this notice was served upon Dexter Hussey, 4107 19th Street, Ecorse, MI 48229, William Ford, Standby Counsel and Dawn Ison, AUSA on this date October 30, 2009 by ordinary mail and/or electronic mail.

Dated: October 30, 2009               s/ Julie Owens_____
                                      Case Manager, 313-234-5160