UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

D-10, DEXTER HUSSEY,

    Defendant.
                                                             /

Case No. 06-20663

HONORABLE AVERN COHN
UNITED STATES DISTRICT JUDGE

## ORDER

### A.

This is a criminal case. Defendant is representing himself. On October 30, 2009 the Court held a hearing on defendant's request for a 30 day adjournment of the trial date what was set for November 02, 2009. At the hearing the government filed a list of 32 witnesses (D/E 600) and list of 147 exhibits exclusive of sub parts (D/E 599). The number of witnesses and exhibits reflect the complexity of the government's case.

### B.

For the reasons stated on the record at the hearing the government shall within ten (10) days file with the Court with a copy to defendant:

1. An amended exhibit list correlated to the witness list setting forth as to each exhibit or group of exhibits the name or names of the witness through whose testimony the exhibit will be offered in evidence at trial.

2. A book of the exhibits numbered for trial.

3. As to the exhibits which cannot as a practicable matter be included in an

      exhibit book, i.e. video recordings, compact discs, cellular telephones, etc., the government shall include in the exhibit book photographs of such exhibits.

4. As to the wiretaps evidence it shall be sufficient to include the transcripts in the exhibit book provided the compacts discs containing such calls have been provided to the defendant.

If there is an uncertainty on the part of the government or the defendant as to what is required by this order the case manager shall be advised and a on the record status conference will be scheduled.

    SO ORDERED.


Dated: October 30, 2009            s/ Avern Cohn  
                                              Avern Cohn  
                                              U.S. District Court Judge


I hereby certify that a copy of this notice was served upon Dexter Hussey, 4107 19th Street, Ecorse, MI 48229, William Ford, Standby Counsel and Dawn Ison, AUSA on this date October 30, 2009 by ordinary mail and/or electronic mail.

Dated: October 30, 2009            s/ Julie Owens  
                                              Case Manager, 313-234-5160