UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                             CRIMINAL NO.06-20663

v.

                                        HONORABLE AVERN COHN

D-10, DEXTER HUSSEY,

      Defendant.

_____/

## ORDER DENYING MOTIONS

This is a criminal case. Defendant is representing himself. Defendant has filed two motions styled,

    Motion to Dismiss for Failure to Comply with a Court Order, etc., (D/E, 605)

                              and

    Supplemental Motion to Dismiss for Failure to Comply with a Court Order, etc,. (D/E, 606).

Both motions relate to the government's obligations to furnish defendant with a witness list, an exhibit list and a book of exhibits as described in the Court's order of October 30, 2009 (D/E, 601). The government has fully complied with its obligations under the order. The motions have no merit. Therefore the motions are DENIED.

    **SO ORDERED.**

Dated: November 13, 2009                s/ Avern Cohn
                                                  AVERN COHN
                                                  UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of this order was served upon Dexter Hussey, 4107 19th Street, Ecorse, MI 48229, William Ford, Standby Counsel and Dawn Ison, AUSA on this date November 13, 2009 by ordinary mail and/or electronic mail.

                                                  s/Julie Owens
                                                Case Manager, (313) 234-5160