UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Case No. 06-20663

D-10, DEXTER HUSSEY,                  HONORABLE AVERN COHN

    Defendant .
_____/

### ORDER REQUIRING A MENTAL EXAMINATION AND REPORT

       The Court, based on the record of the case, and particularly defendant's conduct at the opening of trial, has a concern as to the competency of defendant to stand trial, and if competent to assist counsel in his defense, or in the alternative, to represent himself.

       Accordingly, under the authority of 18 USC §4241(b), Pretrial Services, in consultation with the United States Attorney's Office and William Ford, defendant's appointed counsel, shall arrange for a psychiatric or psychological examination of defendant, determining whether or not defendant is competent to stand trial, and if so, whether or not defendant is competent to assist counsel in his defense, or in the alternative, to represent himself.  A report shall be prepared and filed with the Court pursuant to 18 USC §4247(b).  The Court will then provide copies to defendant, as well as appointed counsel and the government.  Following receipt of the report, the Court will hold a hearing to chart the further course of the case.

Pursuant to the Speedy Trial Act provisions of 18 USC §3161(h)(1)(A), the time required for trial of the defendant shall be tolled from the date of this order until the results of the examination are received by the Court, such period being delay contemplated by 18 USC §3161(h)(1)(A).

SO ORDERED.

    s/ Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: December 1, 2009

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 1, 2009, by electronic and/or ordinary mail.

    s/ Julie Owens
Case Manager, (313) 234-5160