UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                        Case No. 06-20663

D-10, DEXTER HUSSEY,                                              HONORABLE AVERN COHN

    Defendant .
_____/

## ORDER APPOINTING COUNSEL

    This is a criminal case.  As described in the Memorandum (Doc. 585) of October 22, 2009, the Court allowed William R. Ford to withdraw as counsel for defendant, and appointed him as standby counsel to defendant who was then representing himself.  As a consequence of defendant's conduct at the opening of trial on November 30, 2009, the Court entered an Order Requiring a Mental Examination and Report (Doc. 617).  While defendant may be found competent to stand trial, there is the possibility that defendant will be unable to represent himself.

    Accordingly, the Court appoints William R. Ford as counsel for defendant.  Mr. Ford should be prepared to represent defendant at trial as his counsel if the Court determines such is necessary.  In the interim he shall represent defendant in such pretrial matters as may arise.  This appointment is made *nunc pro tunc* October 22, 2009, and is further memorialized in Form CJA 20, Appointment of Counsel.

    SO ORDERED.


Dated:  December 2, 2009         s/ Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

06-20663-10 USA v. Dexter Hussey
**Order Appointing Counsel**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Dexter Hussey, 4107 19th Street, Ecorse, MI 48229 on this date, December 2, 2009, by electronic and/or ordinary mail.

s/ Julie Owens
Case Manager, (313) 234-5160