UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NUMBER:   06-20663

v.        HONORABLE AVERN COHN

D-10, DEXTER HUSSEY,

        Defendant.
        _____/

## **MEMORANDUM**

Defendant has filed Respondent's Preliminary Witness List. It names both Demetrius and Terry Flenory. It appears that if both were to testify the testimony would be cumulative. The Court has writed out Terry Flenory as a potential witness. This is sufficient; Demetrius Flenory's testimony would be cumulative.

    SO ORDERED.

Dated: August 30, 2010        s/ Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Dexter Hussey, 4107 19th Street, Ecorse, MI 48229 on this date, August 30, 2010, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5160