UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        Case No. 06-20663

D-10, DEXTER HUSSEY,                   HONORABLE AVERN COHN

    Defendant .
_____/

## ORDER DENYING MOTION FOR PRODUCTION OF WITNESSES AT TRIAL

Defendant's Motion For Production Of Witnesses At Trial (Doc. 731) is **DENIED**.

Defendant initially requested the government make available at trial Demetrius Flenory and Terry Lee Flenory, who were co-leaders of the conspiracy which the government charges defendant with being a member. On August 30, 2010, the Court in a Memorandum (Doc. 729) stated that Terry Lee Flenory would be made available as a witness, and that Demetrius Flenory's testimony would be cumulative.

Defendant's Motion For Production Of Witnesses At Trial (Doc. 731) asks that Demetrius Flenory be made available also. The motion does not explain the nature of the testimony defendant would expect of Demetrius Flenory, or why his testimony would not be cumulative to the testimony he expects to elicit from Terry Lee Flenory. It is for this reason that the motion has been denied.

    SO ORDERED.

Dated: September 2, 2010                  s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Dexter Hussey, 4107 19th Street, Ecorse, MI 48229 on this date, September 2, 2010, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160